IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES CARMICHAEL                                            PLAINTIFF

v.                        No. 3:23-cv-50-DPM

STEPHANIE WOFFORD, Agent,
Parole/Probation #436, Community
Correction;  DUANE BUGSBY, ACC
Agent, Parole/Probation, Former
Blytheville Parole;  MISSISSIPPI
COUNTY SHERIFF'S DEPARTMENT;
SHARP, CID, Mississippi County
Sheriff's Department;  GRIFFEN, CID,
Mississippi County Sheriff's Department;
and SHANON LANGSTON, Municipal
Court Judge, Blytheville                                    DEFENDANTS

## ORDER

1.   Carmichael was an inmate at the Mississippi County Detention Center when he filed this case and asked to proceed *in forma pauperis*. *Doc. 1*. He has since notified the Court of his release and updated his address. *Doc. 9*. His initial motion, *Doc. 1*, is therefore denied without prejudice as moot.

2.   Because Carmichael is no longer incarcerated, he must either pay the $402 filing fee or file a free-world application to proceed *in forma pauperis* by 26 May 2023. If he doesn't, the Court will be dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2).

3. The Court directs the Clerk to send Carmichael a free-world *in forma pauperis* application along with a copy of this Order.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>24 April 2023</u>