IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAMES CARMICHAEL                                                        PLAINTIFF
ADC #500214

v.                              No. 3:23-cv-50-DPM

STEPHANIE WOFFORD, Agent,
Parole/Probation #436, Community
Correction; DUANE BUGSBY, ACC
Agent, Parole/Probation, Former
Blytheville Parole; MISSISSIPPI
COUNTY SHERIFF'S DEPARTMENT;
SHARP, CID, Mississippi County
Sheriff's Department; GRIFFEN, CID,
Mississippi County Sheriff's Department;
and SHANON LANGSTON, Municipal
Court Judge, Blytheville                                                DEFENDANTS

JUDGMENT

Carmichael's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 October 2023